IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | Date: June 25, 2013 |
| Court Reporter: Kara Spitler | Probation: Matthew Farwell |
| Interpreter: Marcela Salazar | |

Criminal Action No. 12-cr-00326-RBJ

*Parties*:  *Counsel*:

UNITED STATES OF AMERICA,  Dondi Osborne (by video conference)

    Plaintiff,

v.

JESUS FERNANDO CARRILLO-  Jeffrey Edelman
ESTRADA,

    Defendant.

### SENTENCING MINUTES

**Court in session:**   1:03 p.m.

Appearances of counsel.

Defendant is present in custody.

Interpreter sworn.

Government is excused from the courtroom.

Defendant and Mr. Edelman address the Court regarding Motion of Dismissal of Council, and Withdraw of Plea Agreement [153] and [160].

After the Court's findings, the defendant indicates that he does not want to withdraw his plea nor does he want to proceed pro se.

Counsel for the government returns to the courtroom.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant, counsel for the government and the Probation Officer address the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea on March 13, 2013 to Count One of the Indictment.

**ORDERED:** Motion to Compel Disclosure of Existence and Substance of Promises of Immunity, Leniency or Preferential Treatment [33] is DENIED AS MOOT.

**ORDERED:** Motion for Discovery [34] is DENIED AS MOOT.

**ORDERED:** Motion for Disclosure of F.R.E. Rules 404(b), 609, 801(d)(2)(E) and 806 Evidence [35] is DENIED AS MOOT.

**ORDERED:** Motion for Jencks (Jencks/Brady) Act Materials and Agents' Notes, Co-Defendants Statements' and Other Witness(es) Statements [36] is DENIED AS MOOT.

**ORDERED:** Motion to Suppress Evidence and Statements Pursuant to the Fourth and Fifth Amendments of the United States Constitution and F.R.E. Rule 702 [37] is DENIED AS MOOT.

**ORDERED:** Motion to Disclose Identity of Informants [42] is DENIED AS MOOT.

**ORDERED:** Motion to Sever Defendants for Trial [50] is DENIED AS MOOT.

**ORDERED:** Motion to Compel Disclosure of Plea Bargain or Existence of Promises of Immunity, Leniency or Preferential Treatment or Other Agreements with Government Witnesses, and for Discovery Pertaining to Cooperating Witnesses, Informants and Other Government Witnesses [51] is DENIED AS MOOT.

**ORDERED:** Motion for James Hearing [52] is DENIED AS MOOT.

**ORDERED:** Motion for Discovery and Disclosure of Portions of Presentence Investigation Reports of Government Witnesses [53] is DENIED AS MOOT.

**ORDERED:**  Motion to Exclude Opinion of Chemist [63] is DENIED AS MOOT.

**ORDERED:**  Motion of Dismissal of Council, and Withdraw of Plea Agreement [153] is DENIED IN PART AND WITHDRAWN IN PART.

**ORDERED:**  Motion for Departure Downward and for Variance [155] is DENIED.

**ORDERED:**  Motion of Dismissal of Council, and Withdraw of Plea Agreement [160] is DENIED IN PART AND WITHDRAWN IN PART.

**ORDERED:**  Defendant shall be **imprisoned** for **135 months.**

Court RECOMMENDS that defendant receive credit for **341 days** spent in custody.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in California.

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5 years.**

**ORDERED:**  **Conditions** of Supervised Release that:
(**X**)  Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.

**ORDERED:**  **Special Condition** of Supervised Release that:
(**X**)  If defendant is deported, he shall not re-enter the United States illegally.  If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**  Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**      1:54 p.m.

Hearing concluded.

Total time:    00:51